# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-15-00776-CR
NO. 03-15-00777-CR
NO. 03-15-00778-CR

**Herman Lee Kindred, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
NOS. 2C84,62611, 2C88-84642 & 2C10-00468
HONORABLE JOHN MICHAEL MISCHTIAN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In the above causes, appellant Herman Lee Kindred has filed notices of appeal from his 1984, 1989, and 2010 judgments of conviction for the offense of theft. In criminal cases, the notice of appeal must be filed within 30 days after the day sentence is imposed or suspended in open court.[1] Kindred's notices of appeal were filed well beyond the 30-day deadline. Absent a timely filed notice of appeal, we lack jurisdiction to dispose of these appeals in any manner other than by dismissing them for want of jurisdiction.[2] Accordingly, we dismiss the appeals for want of jurisdiction.

---

[1] *See* Tex. R. App. P. 26.2(a).

[2] *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519 (Tex. Crim. App. 1996).

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Jurisdiction

Filed:   January 14, 2016

Do Not Publish

2